UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Geraldine Frederick,<br><br>             Petitioner. | Case No. 14-cv-04550-VC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On October 10, 2014, Geraldine Frederick, a state prisoner, filed a document with the Court which was opened by the Clerk of the Court as a habeas corpus action. On the same day the action was opened, the Clerk sent a notice to Frederick informing her that her action could not go forward until she filed a completed petition for a writ of habeas corpus on the Court's form. The Clerk also sent a notice to Frederick directing her to submit the $5.00 filing fee or file a completed prisoner's *in forma pauperis* ("IFP") application. The Clerk sent Frederick a blank habeas corpus petition form and a blank IFP application and told her that she must file the petition and either pay the fee or return the completed IFP application within twenty-eight days of the date of the notice or her action would be dismissed.

More than twenty-eight days have passed and Frederick has not filed a completed petition, paid the filing fee, returned the IFP application or otherwise communicated with the Court.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: November 26, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDRICK, et al.,

    Plaintiff,

v.

,

    Defendant.

Case No. 14-cv-04550-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/26/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Geraldine Fredrick ID: X14739
Central California Women's Facility State Prison
P.O. Box 1508
505-1-1L
Chowchilla, CA 93610-1508

Dated: 11/26/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2